IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAWGRASS MUTUAL INSURANCE
COMPANY,

      Appellant,

v.                                    Case No.  5D15-3061

TERRY MONE AND DIANE MONE,

      Appellees.

_____/

Opinion filed May 18, 2018

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Jack R. Reiter and Robert D. Peters,
of GrayRobinson, P.A., Miami,
for Appellant.

Mark A. Nation and Paul W. Pritchard,
of The Nation Law Firm, Longwood,
for Appellees.

<u>UPON REMAND FROM THE FLORIDA SUPREME COURT</u>

PER CURIAM.

Our prior opinion of September 2, 2016, was disapproved by the Florida Supreme

Court "to the extent it is inconsistent with [the Florida Supreme] Court's opinion in *Joyce

v. Federated Nat'l Ins. Co.*, 228 So. 3d 1122 (Fla. 2017)," and the case was remanded to

this court "for instructions not inconsistent with th[e] Court's opinion in *Joyce.*" *See Mone v. Sawgrass Mut. Ins. Co.*, 43 Fla. L. Weekly S185 (Fla. Apr. 20, 2018). Upon reconsideration, we affirm the final judgment awarding attorney's fees, including the trial court's application of a multiplier to the attorney's fees award. Based upon Appellees' prior concession of error, we reverse the award of $26,918.43 in court costs regarding the services provided by two of Appellees' expert witnesses, Nettles & Associates and Reliable Field Services of Central Florida, Inc. On remand, the trial court is directed to strike this amount from the final judgment.

AFFIRMED in part; REVERSED in part; and REMANDED, with instructions.

COHEN, C.J., LAMBERT, J., and LEMONIDIS, R.C., Associate Judge, concur.